```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
XRIVER CORP.,                            :        23cv7346(DLC)
                                         :
                    Plaintiff,           :        ORDER
           -v-                           :
                                         :
BRUCE GILLIS, et al.,                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the parties' joint letter dated August 30, 2023, it is hereby

    ORDERED that the parties shall appear in a conference to be held on **September 6, 2023 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
           August 30, 2023

                                        _____
                                          DENISE COTE
                                United States District Judge