```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
XRIVER CORP.,                          :       23cv7346(DLC)
                                       :
                    Plaintiff,         :       ORDER
          -v-                          :
                                       :
BRUCE GILLIS, et al.,                  :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter dated September 5, 2023, it is hereby

ORDERED that the **September 6, 2023** conference is rescheduled to **September 7, 2023 at 12:00 P.M.**

IT IS FURTHER ORDERED that the conference shall take place as a telephone conference. The parties shall use the following dial-in credentials for the telephone conference:

```
     Dial-in:       888-363-4749
     Access Code:   4324948
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         September 5, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge