```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
XRIVER CORP.,                           :       23cv7346(DLC)
                                        :
                        Plaintiff,      :       ORDER
             -v-                        :
                                        :
BRUCE GILLIS, et al.,                   :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the conference held on September 7, 2023, it is hereby

ORDERED that the plaintiff shall file any opposition to the motion for preliminary injunction by September 14, 2023. Defendants' reply, if any, shall be filed by September 21. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, as agreed upon by the parties, no hearing on the motion for preliminary injunction will be held.

Dated:    New York, New York
          September 7, 2023

                              _____
                                       DENISE COTE
                              United States District Judge